NINA SERRANO
25750 PALERMO COURT
MURRIETA, CA 92563
951-973-9908
Lajolet26@gmail.com

Self-Represented



# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| NINA SERRANO,  <br><br>                    DEBTOR,  <br><br> v.  <br><br> ERIC NEDDERMEYER ANDREE NEDDERMEYER, BENJAMIN J CHEEKS, AND DANICA MAZENKO  <br><br>             Respondent/Defendant | 6:22-bk-13397  <br> CHAPTER 7  <br> ADVERSARY NO. |

## DEBTORS COMPLAINT FOR VIOLATION OF AUTOMATIC STAY

Plaintiff, Nina Serrano are debtor in the underlining bankruptcy case and resides at 25750 Palermo Court Murrieta, Ca 92563. Defendant, Eric Neddermeyer, Andree Needdermeyer, retained by Law office of Benjamin J. Cheeks at 600 West Broadway, Suite 700 San Diego, Ca 92101(State Bar No. 269378.

1. Plaintiff filed their Chapter 7 on September 7, 2022.
2. The plaintiff received several notices from Superior Court of Murrieta that my prior case was dismissed, and granted attorney fees on September 29, 2022, which is during my automatic stay.
3. The defendants received notice of my filing of the Chapter 7 through email, and the plaintiff filed a declaration with the Murrieta Superior Court, County of Riverside. Case number MCC 2000542. (Department S303) Honorable Raquel A. Marquez.
4. The Honorable Judge Raquel A. Marquez set for Trial Readiness Conference for this Case three times one on August 16, 2021, September 6, 2022, and then on September 29, 2022.
5. The defendants filed for a voluntary dismissal for the Cross Complaint, and still asked for attorney fees without merit, during the plaintiff's Automatic Stay.
6. The defendant's attorney Danica Mazenko called in the plaintiff's 341 meeting imposing that she was a creditor, which at the time of the filing of the bankruptcy they were not.
7. There was never a judgment in place or filed against the plaintiff in the Murrieta Superior Court because both parties were still in the middle of the lawsuit that have not went to trial yet.
8. During the 341 meeting Danica Mazenko harassed the plaintiff with false allegation questions that were totally not true, Danica Mazenko stated that the plaintiff owed the property that the plaintiff was renting, that the plaintiff went on a shopping spree in 2020, and that the designer purses that the plaintiff own cost more than was stated.
9. The plaintiff believes the Law Firm has drugged the State case in bad faith and now they are abusing their power to use bad tactics in case.
10. The defendant Danica Mazenko called into my second 341 meeting accusing the plaintiff of earnings that was not true, the documents she submitted wear clearly mistaken for something else and the plaintiff tried speaking to Danica Mazenko after the call and she was very unprofessional and hung up on the plaintiff.
11. After the meeting I receive on my Superior Court Of California Portal the Law Firm of Benjamin Cheeks filed an additional action filing on October 7, 2022 for order granting judgment on cross Complaint, which is a Violation of the plaintiff's Automatic Stay

12. ) On the minute order Honorable Judge Raquae A. Marquez, Nunc Pro Tunc for a hearing on 1/26/2022 that was continued, never heard and decided to grant attorney fees on a voluntary dismissal by defendants' case, on September 29, 2022.

13. As of this date the Superior Court of Murrieta and the defendants had full knowledge of the filings of the chapter 7 and they are in violation of the plaintiffs automatic stay WHEREFORE, plaintiff request an order declaring the defendants guilty of civil contempt by violating the automatic stay and order the defendant's law firm to pay sanctions, award punitive damages, and distress damages.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 7, 2022, at Murrieta California

_____
Nina Serrano

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (specify): _Debtors Complaint For Violation of Automatic Stay_

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _11/8/2022_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (date) _11/8/2022_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Creditor
Benjamin J. Cheeks
600 West Broadway Suite 700
San Diego, CA. 92101

Creditor/Law Firm
Andree Neddermeyer / Eri Neddermw
600 West Broadway Suite 700
San Diego, CA 92101

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/8/2022 | Xxela Serrano | _signature_ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

B1040 (FORM 1040) (12/15)

|  |  |
|---|---|
| **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER** (Court Use Only) |

**PLAINTIFFS**
Nina Serrano

**DEFENDANTS**
ERIC Neddermeyer
Andree Neddermeyer

**ATTORNEYS** (Firm Name, Address, and Telephone No.)
PRO SE

**ATTORNEYS** (If Known)
Law Office of Benjamin J Cheeks (SBN 269378)

**PARTY** (Check One Box Only)
☒ Debtor    ☐ U.S. Trustee/Bankruptcy Admin
☐ Creditor   ☐ Other
☐ Trustee

**PARTY** (Check One Box Only)
☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin
☐ Creditor   ☒ Other
☐ Trustee

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
US 11.USC. §362(k) violated the automatic stay

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☒ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☒ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

☒ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23
☐ Check if a jury trial is demanded in complaint | Demand $ 150,000.00

Other Relief Sought To be able to have trial in my Bankruptcy for case MCC2000542 from state, and permission to sue in state court.

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES |||
|---|---|---|
| NAME OF DEBTOR<br>Nina Serrano | BANKRUPTCY CASE NO.<br>6:22-bk-13397 ||
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** |||
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) |||
| DATE<br>11/7/2022 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Nina Serrano ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.